# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | Case No. 04-14987 |
| Sight Resource Corporation, et al. | Chapter 11 |
| Post-Confirmation Debtors | Judge Jeffrey P. Hopkins |

## NOTICE OF (I) CONFIRMATION OF THE DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION, (II) THE EFFECTIVE DATE THEREOF AND (III) ADMINISTRATIVE EXPENSE BAR DATE

**PLEASE TAKE NOTICE** that Sight Resource Corporation and its affiliated Debtors,[1] as post-confirmation Debtors (collectively, the "Debtors"), hereby provide notice of the entry on November 4, 2005 of an order (Doc. No. 563) (the "Confirmation Order") confirming the Debtors' First Amended Joint Plan of Liquidation (Doc. No. 481) (the "Plan");[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby provide notice and certify that the Plan's Effective Date occurred on November 4, 2005;

**PLEASE TAKE FURTHER NOTICE** that service of this Notice constitutes good and sufficient notice pursuant to Bankruptcy Rules 2002 and 3020 of the entry of the Confirmation

---

[1] The Debtors are Sight Resource Corporation, CEA Liquidation Corp. fka Cambridge Eye Associates, Inc., DVW Liquidation Corp. fka Douglas Vision World, Inc., E.B. Brown Opticians, Inc., Eyeglass Emporium, Inc., Vision Plaza Corp., Kent Eyes Inc. fka Kent Optical Company, eyeshop.com, inc., Shawnee Optical, Inc. and Kent Optometric Providers Inc.,

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

11103747.1

Order confirming the Plan and the Effective Date thereof, and no other or further notice need be given;

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of an Administrative Expense pursuant to 11 U.S.C. § 503 must be filed with the Bankruptcy Court and served on counsel for the Debtors no later than December 5, 2005. **HOLDERS OF ADMINISTRATIVE CLAIMS THAT DO NOT FILE SUCH REQUESTS FOR ALLOWANCE OF THEIR CLAIMS BY DECEMBER 5, 2005 SHALL BE FOREVER BARRED FROM ASSERTING SUCH CLAIMS AGAINST THE DEBTORS, THEIR ESTATES, THE POST-CONFIRMATION DEBTORS, ANY OF THEIR RESPECTIVE AFFILIATES OR ANY OF THEIR RESPECTIVE PROPERTY.**

Dated: November 11, 2005

/s/ Jennifer L. Maffett
Louis F. Solimine (0014221)
THOMPSON HINE LLP
Suite 1400
312 Walnut Street
Cincinnati, Ohio 45202
(513) 352-6700
(513) 241-4771 (fax)
louis.solimine@thompsonhine.com

and

Jennifer L. Maffett, Esq. (0075334)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
(937) 443-6804
(937) 443-6635 (fax)
jennifer.maffett@thompsonhine.com

Counsel for Post-Confirmation Debtors